

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 13, 2013.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-60103 |
| | § | |
| WAYNE DAVID MOON AND | § | |
| CARRIE LYN MOON | § | |
| DEBTORS | § | CHAPTER 7 |

<u>**ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY**</u>
(GECRB/Ashley Furniture)

Before the Court is the Debtors' Motion to Redeem Personal Property from GECRB/Ashley Furniture (the "Motion"). The Debtors served this creditor with a copy of the Motion. However, the creditor did not file a response in opposition to the Motion. Pursuant to 11 U.S.C. §722, the Debtors seek to redeem a Bedroom Set (the "Bedroom Set") purchased from Ashley Furniture and financed through GECRB by paying to Best Buy the value of the Bedroom Set, which

one of the Debtors assert in his affidavit is now worth $250.00. This Motion has merit and should be granted. It is therefore

ORDERED, that the Electronics, which is the subject of the Motion, may be redeemed by Debtors for the sum of $250.00, as long as the Debtors pay this amount to GECRB/Ashley Furniture within thirty (30) days from the date of this Order.

###

This order was prepared and is being submitted by:
ERIN B. SHANK, P.C.

By: *[signature]*
Erin B. Shank
Texas State Bar Number 01572900
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701
(254) 296-1161
(254) 296-1165 fax

ATTORNEY FOR THE DEBTORS